# CASE ANNOUNCEMENTS

*July 14, 2010*

[Cite as *07/14/2010 Case Announcements*, 2010-Ohio-3284.]

## MOTION AND PROCEDURAL RULINGS

2010–0187.   State ex rel. Keating v. Skeldon.
Lucas App. No. L–08–1414, 2009-Ohio-6971. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the parties' joint motion for judgment entry reflecting settlement,

It is ordered by the court that the motion is denied.

It is further ordered by the court, sua sponte, that this cause is remanded to the Court of Appeals for Lucas County to implement the settlement agreement of the parties as indicated in the joint motion for judgment entry reflecting settlement.

## DISCIPLINARY CASES

2010–0805.   Disciplinary Counsel v. Doellman.
This cause is pending before the court upon the filing of a report and recommendation by the Board of Commissioners on Grievances and Discipline. On May 28, 2010, relator filed objections to the board report, and on June 30, 2010, respondent filed an answer brief. On July 2, 2010, relator filed a motion to strike appendix C of respondent's answer brief. Upon consideration thereof,

It is ordered by this court that relator's motion to strike is denied.

Cupp., J., would defer ruling on the motion until after oral argument.

## MISCELLANEOUS DISMISSALS

2010–1013.   Hartford Fire Ins. Co. v. Seifert.
Cuyahoga App. No. 93291, 2010-Ohio-2346. This cause is pending before the court as a discretionary appeal. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due July 12, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS

*July 15, 2010*

[Cite as *07/15/2010 Case Announcements*, 2010-Ohio-3301.]

## MISCELLANEOUS DISMISSALS